# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 12-1171

_____

United States of America,           *
                                 *

        Appellee,        *

                                 *   Appeal from the United States
      v.                     *   District Court for the
                                 *   District of South Dakota.

Douglas Larew,             *

                                 *   [UNPUBLISHED]
        Appellant.      *

_____

Submitted:  June 21, 2012
Filed:  July 9, 2012

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Douglas Larew appeals the two-year prison sentence the district court[1] imposed after revoking his probation.  Upon careful review of the entire sentencing record, we conclude that the court committed no significant procedural error, adequately explained the reasons for the sentence, and imposed a substantively reasonable sentence.  See United States v. Miller, 557 F.3d 919, 922 (8th Cir. 2009); United States v. Perkins, 526 F.3d 1107, 1110-11 (8th Cir. 2008).  We also conclude the court did not err by reimposing the schedule for his restitution payments:  the court

---

[1]The Honorable Karen E. Schreier, Chief Judge, United States District Court for the District of South Dakota.

was aware of his financial history, the monthly payments are not especially high, and Larew never sought to modify the payment schedule. See 18 U.S.C. § 3664(k); cf. United States v. Johnson, 327 F.3d 758, 759 (8th Cir. 2003).

Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____